AARON D. FORD
Attorney General
IAN E. CARR, Bar No. 13840
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants*
*Tara Carpenter, E.K. McDaniel,*
*and Mark Sorci*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GEOFFREY GROVE, | Case No. 3:17-cv-00245-RCJ-CBC |
| Plaintiff, | |
| v. | MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS |
| E.K. MCDANIEL, et al., | **(Second Request)** |
| Defendants | |

Defendants, Tara Carpenter, E.K. McDaniel, and Mark Sorci (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby submit their Motion for Extension of Time to File Dispositive Motions (Second Request). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.  ARGUMENT**

Defendants respectfully request a thirty (30) day extension of time out from the current deadline (June 7, 2019) to file dispositive motions in this case. Defense counsel is confronted with numerous competing deadlines and a high workload due to staffing

changes in the Office of the Attorney General. However, such obstacles are currently being resolved and the requested extension of time should afford Defendants adequate time to file dispositive motions in this case.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for a thorough briefing to narrow or eliminate issues in this case. The requested thirty (30) day extension of time should permit the parties time to adequately research draft, and submit dispositive motions in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendants respectfully request a thirty (30) day extension of time from the current deadline to file dispositive motions in this case, with a new deadline to and including Monday, July 8, 2019.

DATED this 7th day of June, 2019.

AARON D. FORD
Attorney General

By: /s/ Ian Carr
IAN E. CARR
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: June 10, 2019

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 7th day of June, 2019, I caused a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (Second Request),** to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

GEOFFREY GROVE #1041134
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General