AARON D. FORD
 Attorney General
IAN E. CARR, Bar No. 13840
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants
Tara Carpenter, E.K. McDaniel,
and Mark Sorci*



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*ORDER*

| GEOFFREY GROVE,<br><br>         Plaintiff,<br><br>v.<br><br>E.K. MCDANIEL, et al.,<br><br>         Defendants | Case No. 3:17-cv-00245-RCJ-CBC<br><br>**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**(Third Request)** |
|---|---|

Defendants, Tara Carpenter, E.K. McDaniel, and Mark Sorci (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby submit their Motion for Extension of Time to File Dispositive Motions (Third Request). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.    **ARGUMENT**

Defendants respectfully request a thirty (30) day extension of time out from the current deadline (July 8, 2019) to file dispositive motions in this case. Defense counsel is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General. However, such obstacles are currently

being resolved and the requested extension of time should afford Defendants adequate time to file dispositive motions in this case.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for a thorough briefing to narrow or eliminate issues in this case. The requested thirty (30) day extension of time should permit the parties time to adequately research draft, and submit dispositive motions in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendants respectfully request a thirty (30) day extension of time from the current deadline to file dispositive motions in this case, with a new deadline to and including Wednesday, August 7, 2019.

DATED this 8th day of July, 2019.

AARON D. FORD
Attorney General

By: _____
IAN E. CARR, Bar No. 13840
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: 7/9/2019

2