1  AARON D. FORD
     Attorney General
2  IAN E. CARR, Bar No. 13840
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1259
   E-mail: icarr@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Tara Carpenter, E.K. McDaniel,*
   *and Mark Sorci*
8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11  GEOFFREY GROVE,
                                          Case No.  3:17-cv-00245-RCJ-CBC
12                         Plaintiff,
                                          **MOTION FOR EXTENSION OF TIME**
13  v.                                    **TO FILE DISPOSITIVE MOTIONS**

14  E.K. MCDANIEL, et al.,                      **(Fourth Request)**

15                         Defendants
16

17        Defendants, Tara Carpenter, E.K. McDaniel, and Mark Sorci (Defendants), by and

18  through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian E.

19  Carr, Deputy Attorney General, hereby submit their Motion for Extension of Time to File

20  Dispositive Motions (Fourth Request).  This Motion is based on Federal Rule of Civil

21  Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all

22  papers and pleadings on file in this action.

23              **MEMORANDUM OF POINTS AND AUTHORITIES**

24  I.    **ARGUMENT**

25        Defendants respectfully request a sixty (60) day extension of time out from the

26  current deadline (August 7, 2019) to file dispositive motions in this case.  Defense counsel

27  is in the process of winding down or transferring most assigned cases, and his last official

28  day representing the Nevada Department of Corrections (NDOC) in full capacity is July

                                    1

1  31, 2019.  Defense counsel requests this extension to ensure that his successor will have

2  enough time to familiarize himself or herself with the case.

3       Furthermore, defense counsel submits that this Division has experienced a wave of

4  recent retirements and departures.   Although the Division is depleted, new Deputy

5  Attorneys General (DAGs) should be arriving in early August to help restore normal

6  functionality.  Defense counsel respectfully requests this extension to accommodate the

7  new arrivals and the Division during this transition period.

8       Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as

9  follows:

10           When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before

11           the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of

12           excusable neglect.

13  Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will

14  allow for a thorough briefing to narrow or eliminate issues in this case.  The requested

15  sixty (60) day extension of time should permit the parties time to adequately research

16  draft, and submit dispositive motions in this case.  Defendants assert that the requisite

17  good cause is present to warrant the requested extension of time.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

///         2

For these reasons, Defendants respectfully request a sixty (60) day extension of time from the current deadline to file dispositive motions in this case, with a new deadline to and including Monday, October 7, 2019 (considering the adjustment from a last non-business day pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).

DATED this 26th day of July, 2019.

AARON D. FORD
Attorney General

By: IAN E. CARR
Deputy Attorney General
State of Nevada

Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED:

U.S. MAGISTRATE JUDGE

DATED: 7/29/2019

3

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of the Office of the Attorney General, State of

3  Nevada, and that on this 26th day of July, 2019, I caused a copy of the foregoing,

4  **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (Fourth**

5  **Request),** to be served, by U.S. District Court CM/ECF Electronic Filing on the

6  following:

7  GEOFFREY GROVE #1041134
   Care of LCC Law Librarian
8  Lovelock Correctional Center
   1200 Prison Road
9  Lovelock, Nevada 89419
   lcclawlibrary@doc.nv.gov
10

11

12

13                                    *Caitie Collins*
                                      An employee of the
14                                    Office of the Attorney General

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4